630

425 A.2d 20

Walker v. Walker, Appellant.

Argued November 13, 1979. James Shilliday, for appellant; Robert Raphael, for appellee.

Before CERCONE, P. J., and MONTGOMERY and LIPEZ, JJ.

Case remanded with directions to furnish this court with a more comprehensive opinion making specific findings of fact on which order awarding custody of children to father was based. See *Commonwealth ex rel. Crowther v. Waida*, 272 Pa.Super. 73, 414 A.2d 675 (1979); *Garrity v. Garrity*, 268 Pa.Super. 217, 407 A.2d 1323 (1979).

January 18, 1980.

425 A.2d 20

Commonwealth v. Alexander, Appellant.

Submitted November 16, 1979. Donald R. Marsh, for appellant; Walter S. Vuckovick, District Attorney, for Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.